**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6362**

DARRYL BOYD ADKINS,

                Plaintiff – Appellant,

      v.

C/O  MCDONALD; C/O  WHITE,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (5:14-ct-03169-F)

Submitted:  July 21, 2016          Decided:  July 22, 2016

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darryl Boyd Adkins, Appellant Pro Se.  Vanessa N. Totten, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl Boyd Adkins appeals the district court's order granting Defendants' summary judgment motion in his 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Adkins v. McDonald, No. 5:14-ct-03169-F (E.D.N.C. Feb. 23, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED